IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| RICK LOVE, M.D., *et al.*, ) | Case No. 03-21296- |
| Plaintiffs, ) | CIV-MORENO/SIMONTON |
| ) | |
| v. ) | |
| ) | |
| BLUE CROSS & BLUE SHIELD ) | |
| ASSOCIATION, *et al.*, ) | |
| Defendants. ) | |

## JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Representative Plaintiffs, along with certain Signatory Medical Societies, and the Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Alabama, Premera, Premera Blue Cross, PremeraFirst, Inc., LifeWise Health Plan of Washington, LifeWise Health Plan of Oregon, LifeWise Health Plan of Arizona, Premera Blue Cross Blue Shield of Alaska, MSC Corp., NorthStar Administrators, CareFirst, Inc., Group Hospitalization and Medical Services, Inc., Access America, Inc., The GHMSI Companies, Inc., CareFirst BlueChoice, Inc., Capital Care, Inc., CareFirst of Maryland, Inc., CFS Health Group, Inc., Blue Cross and Blue Shield of Florida, Inc., Health Options, Inc., Hawaii Medical Service Association, The Regence Group, Regence BlueShield of Idaho, Inc., Regence BlueCross BlueShield of Utah, Regence BlueCross BlueShield of Oregon, Regence BlueShield, Regence Life and Health Insurance Company, RegenceCare, Regence HMO Oregon, Regence Health Maintenance of Oregon, Inc., Healthwise, Asuris Northwest Health, Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa, Wellmark Health Plan of Iowa, Inc., Wellmark Community Insurance, Inc., Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota, Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana,

HMO Louisiana, Inc., Blue Cross and Blue Shield of Massachusetts, Inc., Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc., Blue Cross Blue Shield of Michigan, BCBSM, Inc. d/b/a BlueCross BlueShield of Minnesota, HMO Minnesota d/b/a Blue Plus, Comprehensive Care Services, Inc., Blue Cross & Blue Shield of Mississippi, HMO of Mississippi, Inc., Blue Cross and Blue Shield of Montana, Inc., Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey, Horizon Healthcare Plan Holding Company, Inc., Horizon Healthcare Insurance Company of New York, Horizon Healthcare of New Jersey, Inc., Horizon Healthcare of New York, Inc., Enterprise Holding Company, Inc., AtlantiCare Administrators, Inc., Horizon Healthcare Administrators, Inc., Horizon AtlantiCare LLC, Horizon Healthcare of Delaware, Inc., NASCO of New Jersey, Inc., Empire HealthChoice Assurance, Inc., d/b/a Empire Blue Cross Blue Shield, Empire HealthChoice HMO, Inc., WellChoice Insurance of New Jersey, Inc., WellChoice Holdings of New York, Inc., WellPoint Holding Corp., Blue Cross and Blue Shield of North Carolina, Hospital Service Association of Northeastern Pennsylvania, HMO of Northeastern Pennsylvania, Triple-S, Inc.; Triple-S, Inc., of Puerto Rico, Triple-C, Inc., Blue Cross Blue Shield of Rhode Island, Blue Cross and Blue Shield of South Carolina, BlueChoice HealthPlan of South Carolina, Inc. f/k/a Companion HealthCare Corporation, Planned Administrators, Inc., Thomas H. Cooper & Co., Inc., BlueCross BlueShield of Tennessee, Inc., Tennessee Health Care Network, Inc., Health Care Service Corporation, Group Health Maintenance Organization, Inc. d/b/a Bluelincs HMO, Group Health Service of Oklahoma, Inc. d/b/a Blue Cross Blue Shield of Oklahoma, HMO New Mexico, Inc., New Mexico Blue Cross and Blue Shield, Inc. d/b/a Blue Cross and Blue Shield of New Mexico, New Mexico Blue Cross and Blue Shield, Inc., Hallmark Services Corporation, BCI HMO, Inc. and HCSC Insurance Services Corporation, (collectively, the "Blue Parties") respectfully move this

Court to enter the proposed Order Preliminarily Approving Proposed Settlement Among Certain Blue Parties and Physicians, Physician Groups, and Physician Organizations, Setting Form and Content of Notice to the Class, and Scheduling Settlement Hearing (the "Preliminary Approval Order") in the action styled <u>Love, *et al.* v. Blue Cross Blue Shield Ass'n, *et al.*</u>, (formerly <u>Thomas, *et al.* v. Blue Cross Blue Shield Ass'n, *et al.*</u>,) Case No. 03-21296-CIV-MORENO/SIMONTON (the "Action").  A copy of the Settlement Agreement is submitted herewith as Exhibit 1, and a copy of the Preliminary Approval Order is submitted herewith as Exhibit 2.

In support of this motion, Representative Plaintiffs, Signatory Medical Societies, and the Blue Parties state as follows:

1. Representative Plaintiffs, Signatory Medical Societies, and the Blue Parties have entered into a Settlement Agreement.  *See* Ex. 1 hereto.

2. Representative Plaintiffs, Signatory Medical Societies, and the Blue Parties respectfully request that this Court grant preliminary approval to the Settlement Agreement as fair, adequate, and reasonable.

3. Representative Plaintiffs, Signatory Medical Societies, and the Blue Parties respectfully request that this Court approve the notice plan set forth in Section 5 of the Settlement Agreement, and the notices, claim form and claim form instructions substantially in the forms attached as Exhibits to the Settlement Agreement.

4. Representative Plaintiffs, Signatory Medical Societies, and the Blue Parties respectfully request that the Court schedule a hearing as soon as practicable to consider preliminarily the Settlement Agreement and to enter the proposed Preliminary Approval Order.

Respectfully submitted this 27th day of April, 2007.

| **WHATLEY DRAKE & KALLAS** | **McDERMOTT WILL & EMERY LLP** |
|---|---|
| *s/ Edith Kallas* | *s/ Steven E. Siff* |
| Edith M. Kallas | Steven E. Siff (FBN: 352330) |
| Joseph P. Guglielmo | Michael G. Austin (FBN: 0457205) |
| **WHATLEY DRAKE & KALLAS** | 201 S. Biscayne Boulevard, 22nd Floor |
| 1540 Broadway, 37th Floor | Miami, FL  33131 |
| New York, NY  10036 | Tel: (305) 358-3500 |
| | Fax: (305) 347-6500 |
| Joe R. Whatley | |
| Charlene P. Ford | Michael A. Pope |
| Othni J. Lathram | Christopher Murphy |
| **WHATLEY DRAKE & KALLAS** | Marie A. Halpin |
| 2323 2nd Avenue North | **McDERMOTT WILL & EMERY LLP** |
| Birmingham, AL  35203 | 227 West Monroe Street |
| | Chicago, IL  60606 |
| Archie C. Lamb, Jr. (FBN 742597) | Tel: (312) 372-2000 |
| **LAW OFFICES OF ARCHIE LAMB** | Fax: (312) 984-7700 |
| 2017 2nd Avenue North | |
| Birmingham, AL  35203 | Joel L. Michaels |
| | **McDERMOTT WILL & EMERY LLP** |
| Harley S. Tropin, Esq. (FBN 241253) | 600 13th Street N.W., 12th Floor |
| Janet L. Humphreys, Esq.(FBN 607258) | Washington, D.C.  20005 |
| **KOZYAK TROPIN & THROCKMORTON** | Tel: (202) 756-8000 |
| 2525 Ponce de Leon9th Floor | Fax: (202) 756-8087 |
| Coral Gables, FL  33134 | |
| Tel: (305) 372-3508 | **Attorneys for Blue Cross and Blue Shield of Florida, Blue Cross and Blue Shield of Alabama; Louisiana Health Services & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana; HMO of Mississippi, Inc.; Blue Cross & Blue Shield of Mississippi, Blue Cross and Blue Shield of South Carolina; Hospital Service Association of Northeastern Pennsylvania d/b/a Blue Cross of Northeastern** |
| James B. Tilghman | |
| **STEWART TILGHMAN FOX, et al.** | |
| 1 S.E. 3rd Avenue | |
| Suite 3000 | |
| Miami, Florida  33131 | |

| | |
|---|---|
| Aaron S. Podhurst<br>**PODHURST ORSECK**<br>25 W. Flagler Street<br>Suite 800<br>Miami, FL 33130<br><br>Nicholas B. Roth<br>**EYSTER KEY TUBB WEAVER & ROTH**<br>402 E. Moulton Street<br>Decatur, AL 35601<br><br>Dennis G. Pantazis<br>**WIGGINS CHILDS QUINN & PANTAZIS**<br>301 19th Street North<br>Birmingham, AL 35203<br><br>Kenneth S. Canfield<br>**DOFFERMYRE SHIELDS CANFIELD**<br>Knowles & Devine<br>1355 Peachtree Street<br>Suite 1600<br>Atlanta, GA 30309<br><br>Jeffrey A. Mobley<br>**LOWE MOBLEY & LOWE**<br>1210 21st Street<br>Haleyville, AL 35565<br><br>J. Mark White<br>**WHITE ARNOLD ANDREWS & DOWD**<br>2025 3rd Avenue North<br>Suite 600<br>Birmingham, AL 35203<br><br>Mark Gray<br>**GRAY & WEISS**<br>1200 PNC Plaza<br>500 West Jefferson<br>Louisville, KY 40202<br><br>Guido Saveri/Cadio Zirpoli<br>**SAVERI & SAVERI**<br>111 Pine Street<br>Suite 1700<br>San Francisco, CA 94111 | **Pennsylvania; Blue Cross and Blue Shield of Rhode Island; Regence BlueCross BlueShield of Utah; Regence BlueShield of Idaho, Inc.; Regence BlueCross BlueShield of Oregon; Regence BlueShield; Health Care Service Corporation, a Mutual Legal Reserve Company, operating through its divisions Blue Cross and Blue Shield of Illinois; Blue Cross and Blue Shield of New Mexico and Blue Cross and Blue Shield of Texas; Blue Cross & Blue Shield of Oklahoma; BlueCross BlueShield of Tennessee; Tennessee Healthcare Network, Inc.; Blue Cross and Blue Shield of Minnesota; Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa; Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota**<br><br>Emily M. Yinger<br>**HOGAN & HARTSON L.L.P.**<br>8300 Greensboro Drive – Suite 1100<br>McLean, VA 22102<br>Tel: (703) 610-6100<br>Fax: (703) 610-6200<br><br>**Attorneys for Blue Cross and Blue Shield of North Carolina**<br><br>Joseph A. Fink<br>Kathleen A. Lang<br>**DICKINSON WRIGHT PLLC**<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226<br>Tel: (313) 223-3534<br>Fax: (313)223-3598<br><br>**Attorneys for Blue Cross & Blue Shield of Michigan** |

| | |
|---|---|
| Robert Foote<br>**FOOTE MEYERS MIELKE & FLOWERS**<br>416 S. 2nd Street<br>Geneva, IL  60134<br><br>James E. Harley, Jr.<br>**DRUBNER HARTLEY & O'CONNOR**<br>500 Chase Parkway 4th Floor<br>Waterbury, CT  06708<br><br>**Counsel for Plaintiffs** | Daly D.E. Temchine<br>John M. Murdock<br>**EPSTEIN, BECKER & GREEN, P.C.**<br>1227 25th Street, N.W. Ste. 700<br>Washington D.C.  20037<br><br>Hervé Gouraige<br>**EPSTEIN, BECKER & GREEN, P.C.**<br>Two Gateway Center, 12th Floor<br>Newark, NJ  07102-5003<br>Tel: 973-639-8536<br>Fax: 973-642-0099<br><br>Alvin D. Lodish<br>**BILZIN, SUMBERG, BAENA, PRICE &  AXELROD LLP**<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL  33131<br>Tel: (305) 374-7580<br>Fax: (305) 374-7593<br><br>**Attorneys for Carefirst Blue Cross and Blue Shield of The District of Columbia; Carefirst Blue Cross and Blue Shield of Maryland; Blue Cross & Blue Shield of Massachusetts; Blue Cross & Blue Shield Montana; Horizon Blue Cross Blue Shield of New Jersey; and Empire Blue Cross and Blue Shield of New York**<br><br>Alvin D. Lodish<br>**BILZIN, SUMBERG, BAENA, PRICE & AXELROD LLP**<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL  33131<br>Tel: (305) 374-7580<br>Fax: (305) 374-7593<br><br>Chester T. Kamin<br>C. Steven Tomashefsky<br>John J. Hamill<br>**JENNER & BLOCK LLP**<br>One IBM Plaza<br>Chicago, IL  60611<br>Tel: (312) 222-9350<br>Fax: (312) 840-7769 |

6

|  | Anthony F. Shelley<br>**MILLER & CHEVALIER CHARTERED**<br>655 Fifteenth Street, N.W.<br>Suite 900<br>Washington, D.C.  20005<br>Tel: (202) 626-5924<br>Fax: (202) 628-0858<br><br>**Attorneys for Blue Cross and Blue Shield Association**<br><br>Alan G. Greer<br>**RICHMAN, GREER, WEIL, BRUMBAUGH, MIRABITO & CHRISTENSEN, P.A.**<br>Miami Center – 10th Floor<br>201 S. Biscayne Boulevard<br>Miami, FL  33131<br><br>Gwendolyn C. Payton<br>**LANE, POWELL, SPEARS & LUBERSKY LLP**<br>1420 5th Avenue, Suite 4100<br>Seattle, WA  98101<br>Tel: (206) 223-7746<br>Fax: (907) 276-2631 |
|  | **Attorneys for Premera Blue Cross d/b/a Premera Blue Cross/Blue Shield of Alaska**<br><br>Robert Carson Godbey<br>Jess H. Griffiths<br>**GODBEY GRIFFITHS REISS**<br>1001 Bishop St., 2300 Pauahi Tower<br>Honolulu, HI  96813<br>Tel: (808) 523-8894<br><br>Ellen Godbey Carson<br>Louise K.Y. Ing<br>**ALSTON HUNT FLOYD & ING**<br>1001 Bishop St.<br>1800 American Savings Bank Tower<br>Honolulu, HI  96813<br>Tel: (808) 524-1800 |

|  | Isaac Mitrani |
|--|--|
|  | **MITRANI, RYNOR, ADAMSKY &** |
|  | **   MACAULAY, P.A.** |
|  | 2200 SunTrust International Center |
|  | One Southeast Third Avenue |
|  | Miami, Fl  33131 |
|  | Tel: (305) 358-0050 |
|  | Fax: (305) 358-0550 |
|  |  |
|  | **Attorneys for Hawaii Medical Service Association** |
|  |  |
|  | César T. Alcover-Costa |
|  | Jose E. Gonzalez-Borgos |
|  | **FIDDLER, GONZÁLEZ & RODRIGUEZ** |
|  | P.O. Box 363507 |
|  | San Juan, PR  00936-3507 |
|  | Tel: (787) 759-3207 |
|  | Fax: (787) 250-7545 |
|  |  |
|  | Ana T. Barnett |
|  | **STEARNS WEAVER MILLER** |
|  | 150 West Flagler Street, Suite 2200 |
|  | Miami, FL  33130 |
|  | Tel: (305) 789-3514 |
|  | Fax: (305) 789-3395 |
|  |  |
|  | **Attorney for Triple-S, Inc., of Puerto Rico** |

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing was served on the following Liaison Counsel this 27th day of April, 2007, by Federal Express. In addition, all counsel on the Court's January 12, 2005 Joint E-mail Service List was served by electronic mail.

>Aaron S. Podhurst, Esq.
>Podhurst Orseck, PA
>25 West Flagler Street, Suite 800
>Miami, FL  33130

>Harley S. Tropin, Esq.
>Kozyak Tropin & Throckmorton
>2525 Ponce de Leon Boulevard
>9th Floor
>Coral Gables, FL  33134

>Archie C. Lamb, Jr., Esq.
>Law Offices of Archie C. Lamb, LLC
>2017 Second Avenue North
>Birmingham, AL  35203

>Edith M. Kallas, Esq.
>Whatley Drake Kallas, LLC
>One Pennsylvania Avenue, Suite 4507
>New York, NY  10119

>Alan H. Rolnick, Esq.
>Joseph A. Sacher, Esq.
>Sacher Zelman Van Sant Paul Beiley
>  Hartman Rolnick & Waldman
>1401 Brickell Avenue, Suite 700
>Miami, FL  33131

>Alvin D. Lodish, Esq.
>Bilzin Sumberg Baena, et al.
>200 South Biscayne Boulevard
>Suite 2500
>Miami, FL  33131

>Michael L. Pope, Esq.
>McDermott Will & Emery, LLP
>227 West Monroe Street
>Chicago, IL  60606

Chester T. Kamin, Esq.
Jenner and Block, LLP
One IBM Plaza
Chicago, IL  60611

       *s/ Steven E. Siff*
Steven E. Siff

MIA 321404-1.068011.0011