UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 03-21296-CIV- MORENO/SIMONTON

RICK LOVE, M.D., et al.,

   Plaintiffs,

v.

BLUE CROSS AND BLUE SHIELD
ASSOCIATION, et al.,

   Defendants.
_____/

**MOTION OF PUTATIVE PLAINTIFFS SCOTT K. SULLIVAN, JR., M.D., FRANK DELLACROCE, M.D., AND THE CENTER FOR RESTORATIVE BREAST SURGERY TO BELATEDLY OPT-OUT, OR ALTERNATIVELY, TO FILE OBJECTIONS AND CLAIM FORMS, AND TO APPEAR AT FINAL FAIRNESS HEARING ON NOVEMBER 14, 2007**

NOW COME Putative Plaintiffs, Scott K. Sullivan, Jr., M.D., Frank Dellacroce, M.D., and The Center for Restorative Breast Surgery (collectively "CRBS"), who move this Honorable Court for an Order for the reasons more fully shown in the accompanying Memorandum that:

1.   Since 2004, CRBS and one of the defendants in this suit, Blue Cross Blue Shield of Louisiana ("BCBSLA"), have been involved in a dispute over the price for breast-reconstruction surgery performed by CRBS in New Orleans;

2.   When the billing dispute could not be resolved, CRBS filed collection suits against BCBSLA (and others) in a Louisiana state court starting in July of 2006;

3.   The collection suits in Louisiana have been actively litigated by both CRBS and BCBSLA from July of 2006 up through November 2, 2007, when BCBSLA first notified counsel for CRBS of the existence of this class action and the position of BCBSLA that the proposed

settlement in this matter would operate to extinguish all of the claims of CRBS against BCBSLA in the collection suits pending in state court in New Orleans;

    4.    By the time counsel for BCBSLA provided its first notice of the proposed settlement, the following deadlines had passed:

        A.    Opt-Out (September 14, 2007);

        B.    Objections and right to appear and be heard at the settlement hearing and the right to contest approval of the proposed settlement (October 1, 2007); and

        C.    Filing a claim (October 19, 2007).

    5.    CRBS moves that it be allowed to opt-out of the class action; and

    6.    In the alternative, if CRBS is deemed to be a member of the Settlement Class, CRBS moves to be allowed to file its objections, file a claim form, and appear at the Settlement Hearing.

Based upon BCBSLA's failure to notify opposing counsel (or CRBS directly), CRBS has been extremely prejudiced, through no fault of its own, by the passage of all of the deadlines for opt-out, objections, and claim forms, and respectfully submits that this motion should be granted.

    7.    **Exhibits** to this motion are:

        A.    Summary of Louisiana litigation, prepared by counsel

        B.    Declarations of Scott Sullivan, M.D., and Frank Dellacroce, M.D.

        C.    Declaration of Cheri S. Saltaformaggio

        D.    Summary of pleadings (Fed. R. Evid. 1006) and Declaration of Susan Woods Haney (preparation of summary and authentication of documents)

        D1.    Motion to Remand

        D2.    Defendant Blue Cross Blue Shield of Georgia, Inc.'s Exceptions, Answer and Affirmative Defenses to Plaintiffs' First Amended and Restated Petition and Amended Complaint

        D3.    Request for Production of Documents to Plaintiff, The Center for Restorative Breast Surgery, LLC

        D4.    Joint Motion to Transfer for Pre-Trial Matters Only and Incorporated Memorandum

E. Letter of November 2, 2007, from the Jones Walker firm (Blue Cross counsel in the Louisiana litigation) to C. Edward Wallace (CRBS counsel in the Louisiana litigation)

F. Petition in the Louisiana litigation (exemplar)

G. Letter of November 6, 2007 (opt-out notice of CRBS)

H. Letter of November 5, 2007 from C. Edward Wallace (CRBS counsel in the Louisiana litigation) to the Jones Walker firm (Blue Cross counsel in the Louisiana litigation), enclosing a proposed stipulation, and letter of November 7, 2007 from the Jones Walker firm to C. Edward Wallace, declining the proposed stipulation

Respectfully submitted:

By: **/s/ Martin B. Goldberg**
**Martin B. Goldberg**
Florida Bar No. 0827029
mgoldberg@lashgoldberg.com
**Alan D. Lash**
Florida Bar No. 510904
**Lawrence B. Lambert**
Florida Bar No. 0032565
llambert@lashgoldberg.com

**LASH & GOLDBERG LLP**
Suite 1200, Bank of America Tower
100 S. E. Second Street
Miami, Florida 33131
Tel: 305.347.4040   Fax: 305.347.4050
*Local Counsel for The Center for Restorative Breast Surgery LLC, Frank J. Dellacroce, M.D., and Scott K. Sullivan, M.D*

**Campbell E. Wallace**
La Bar No. 13195
wallace@chaffe.com
**Chaffe McCall, LLP**
1100 Poydras Street, Suite 2300
New Orleans, LA  70163-2300
Phone: (504) 585-7000
Facsimile: (504) 585-7075
*Counsel for The Center for Restorative Breast Surgery LLC, Frank J. Dellacroce, M.D., and Scott K. Sullivan, M.D.*

CASE NO. 03-21296-CIV-MORENO/SIMONTON

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on November 8, 2007, I electronically filed the foregoing document with the Clerk of the Court by using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                                                /**s/ Martin B. Goldberg**  
                                                Martin B. Goldberg

## SERVICE LIST

**Via Electronic Notice of Filing through CM/ECF:**

- **Cesar T. Alcover-Costa**
calcover@cabprlaw.com
- **Michael Garrett Austin**
maustin@mwe.com
- **N. Albert Bacharach, Jr**
n.a.bacharach@att.net
- **Ana Hirfield Barnett**
abarnett@swmwas.com
- **Hilarie Bass**
bassh@gtlaw.com boylanp@gtlaw.com;miadocket@gtlaw.com
- **Paul Joseph Battista**
pbattista@gjb-law.com ctarrant@gjb-law.com
- **Laura Besvinick**
lbesvinick@hhlaw.com gecata@hhlaw.com;mehelmick@hhlaw.com
- **Daniel I. Booker**
dbooker@reedsmith.com
- **Robert Kent Burlington**
rburlington@bskblaw.com service@bskblaw.com;mpalmero@bskblaw.com
- **Franklin G. Burt**
fgb@jordenusa.com
- **Kenneth S. Canfield**
kcanfield@dsckd.com
- **Linda Louise Carroll**
LindaCarrollEsq@aol.com
- **Andrew M. Chansen**
andychansen@hotmail.com
- **Arthur Cholodofsky**
arthur.cholodofsky@smzpa.com Brenda.Feria@smzpa.com
- **David L. Comerford**
dcomerford@akingump.com
- **N. Thomas Connally**
ntconnally@hhlaw.com
- **Stuart Andrew Davidson**
sdavidson@csgrr.com e_file_fl@csgrr.com
- **Richard Scott Davis**
rdavis@foley.com
- **Marisa Nichole DeMato**
mdemato@csgrr.com e_file_fl@csgrr.com
- **Charles S. Fax**
cfax@rlls.com

- **Jeremy D. Feinstein**
jfeinstein@reedsmith.com
- **Martin E. Feldman**
mfeldman@fischerfeldman.com
- **Raquel M. Fernandez**
rfernandez@bilzin.com EService@bilzin.com;stapanes@bilzin.com
- **Martha J. Fessenden**
mfessenden@dsckd.com
- **Joseph A. Fink**
jfink@dickinsonwright.com
- **John Fogarty**
jfogarty@manatt.com
- **Paul Jeffrey Geller**
pgeller@lerachlaw.com
- **James R. Gilreath**
jim@gilreathlaw.com
- **Julianna S. Gonen**
jgonen@ebglaw.com
- **Alan Graham Greer**
agreer@richmangreer.com isilva@richmangreer.com
- **James L. Griffith, Jr**
jgriffith@akingump.com
- **Jess H. Griffiths**
jgriffiths@lawhi.com
- **Joseph P. Guglielmo**
jguglielmo@whatleydrake.com
- **Mary J. Hackett**
mhackett@reedsmith.com
- **Andrew Clifford Hall**
andyhall@hlhlawfirm.com nef@hlhlawfirm.com
- **Marie A. Halpin**
mhalpin@mwe.com
- **John J. Hamill**
jhamill@jenner.com
- **William Charles Hearon**
wchearon@stfblaw.com
- **Rachel J. Hines**
rachel.hines@usdoj.gov
- **Craig A. Hoover**
CAHoover@hhlaw.com
- **William E. Hopkins, Jr**
wehopkins@mbjb.com
- **Edward A. Ted Hosp**
thosp@maynardcooper.com

- **Janet L. Humphreys**
jlh@kttlaw.com
- **Kevin Patrick Jacobs**
kjacobs@hjo-law.com jgutierrez@hjo-law.com
- **Craig P Kalil**
ckalil@aballi.com
- **Edith M. Kallas**
ekallas@whatleydrake.com
- **Chester T. Kamin**
ckamin@jenner.com
- **Kathleen A. Lang**
klang@dickinsonwright.com
- **Othni J. Lathram**
olathram@whatleydrake.com
- **JenniLynn E. Lawrence**
lawrence@beasleylaw.net chalkley@beasleylaw.net
- **Eric Lee**
lee@leeamlaw.com leeamlawecf@gmail.com;zallen@leeamlaw.com
- **Arthur N. Lerner**
alerner@crowell.com
- **John F. Libby**
jlibby@manatt.com
- **Jeffrey M. Liggio**
jliggio@liggiolaw.com yvega@liggiolaw.com
- **Alvin F. Lindsay, III**
aflindsay@hhlaw.com halmeida@hhlaw.com
- **Alvin David Lodish**
alodish@bilzin.com cmackey@bilzin.com;EService@bilzin.com;dvalle@bilzin.com
- **Edward F. Mannino**
emannino@akingump.com
- **Joanna S. McCallum**
jmccallum@manatt.com
- **T. English McCutchen**
emccutchen@mbjb.com
- **Katherine Menapace**
kkatchen@akingump.com
- **Joel L. Michaels**
jmichaels@mwe.com
- **Isaac Jaime Mitrani**
imitrani@mitrani.com
- **Adam M. Moskowitz**
AMM@kttlaw.com
- **Edward A. Moss**
emoss@shb.com
opiedra@shb.com;elmoss@shb.com;hcohen@shb.com;jplasencia@shb.com;kkadlac@shb.com

- **John M. Murdock**
jmurdock@ebglaw.com
- **Christopher Murphy**
cmurphy@mwe.com
- **Carlos Federico Osorio**
cosorio@aballi.com
- **Mario A. Pacella**
mpacella@stromlaw.com
- **Dennis George Pantazis**
dgp@wcqp.com
- **Gwendolyn C. Payton**
paytong@lanepowell.com
- **Lori Lynn Piechura**
- **Gregory N. Pimstone**
gpimstone@manatt.com
- **Michael A. Pope**
mpope@mwe.com
- **James L. Priester**
jpriester@maynardcooper.com
- **John Chandler Rayson**
rayson2000@aol.com ddonnelly@raysonlaw.net
- **Tracy A. Roman**
troman@crowell.com
- **Jacqueline M. Saue**
jsaue@foley.com
- **Mark Paul Schnapp**
SchnappM@gtlaw.com avalosb@gtlaw.com
- **Paul Joseph Schwiep**
pschwiep@coffeyburlington.com
service@coffeyburlington.com;dwilliams@coffeyburlington.com
- **Edward F. Siegel**
efsiegel@efs-law.com
- **Steven E. Siff**
ssiff@mwe.com dsmellie@mwe.com
- **Pamela B. Slate**
pslate@slatekennedy.com
- **Richard Caldwell Smith**
rcsmith@shb.com kkadlac@shb.com;dsprague@shb.com
- **Kathleen Taylor Sooy**
ksooy@crowell.com
- **J.P. Strom, Jr**
petestrom@stromlaw.com
- **Daly D.E. Temchine**
dtemchine@ebglaw.com

- **Patricia Halvorson Thompson**
pthompson@carltonfields.com mgarcia@carltonfields.com
- **C. Steven Tomashefsky**
stomashefsky@jenner.com
- **Gregory J. Trask**
gtrask@homerbonnerlaw.com
- **Harley Shepard Tropin**
hst@kttlaw.com
- **Robert C. L. Vaughan**
rvaughan@ssd.com eescar@ssd.com
- **Bryan Thomas West**
btw@tewlaw.com
- **Samuel W. Wethern**
swethern@dsckd.com
- **Joe R. Whatley, Jr**
jwhatley@whatleydrake.com
- **J. Mark White**
mwhite@waadlaw.com
- **Michael Keith Winston**
mwinston@carltonfields.com rmaman@carltonfields.com;wpbecf@cfdom.net
- **Emily M. Yinger**
emyinger@hhlaw.com
- **Edward Herbert Zebersky**
ezebersky@zpllp.com mraaidy@zpllp.com

**Via United States Mail:**

**Nicole Miles Acchione**
Trujillo Rodriguez & Richards
226 W Rittenhouse Square
The Penthouse
Philadelphia, PA 19103

**Randall P. Beighle**
Lane Powell Spears Lubersky
1420 5th Avenue
Suite 4100
Seattle, WA 98101

**Peter R. Bisio**
Hogan & Hartson
555 13th Street NW
Washington, DC 20004-1109

999760-1                                                       9

**Stan Blumenfeld**
O'Melveny & Myers
400 S Hope Street
10th Floor
Los Angeles, CA 90071

**Christopher J. Braun**
Plews Shadley Racher & Braun
1346 N Delaware Street
Indianapolis, IN 46202-2415

**Ellen Godbey Carson**
Alston Hunt Floyd & Ing
1001 Bishop Street
18th Floor
Honolulu, HI 96813

**Kathleen Chavez**
Foote & Meyers
416 S 2nd Street
Geneva, IL 60134-2717

**Edward B. Davis**
Akerman Senterfitt
Suntrust International Center
1 SE 3rd Avenue
28th Floor
Miami, FL 33131-1714

**George C. Demos**
O'Melveny & Myers
400 S Hope Street
10th Floor
Los Angeles, CA 90071

**Alex S. Drummond**
Seyfarth Shaw Fairweather & Geraldson
1545 Peachtree Street NE
Suite 700 One Peachtree Pointe
Atlanta, GA 30309-2401

**Adam P. Feinberg**
Miller & Chevalier
655 Fifteenth Street
Suite 900
Washington, DC 20005

**Ira M. Feinberg**
Hogan & Hartson L.L.P.
875 Third Avenue
26th Floor
New York, NY 10022

**Robert Foote**
Foote & Meyers
416 S 2nd Street
Geneva, IL 60134-2717

**Jeffrey F. Fowler**
O'Melveny & Myers
400 S Hope Street
10th Floor
Los Angeles, CA 90071

**Covert J. Geary**
Richard J. Tyler
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP
201 St. Charles Ave. 49th Floor
New Orleans, LA  70170-5100

**Robert Carson Godbey**
Jackson Godbey Reiss
1001 Bishop Street
Suite 2300 Pauahi Tower
Honolulu, HI 96813

**Jose E. Gonzalez-Borgos**
Fiddler Gonzalez & Rodriguez
254 Munoz Rivera Avenue
PO Box 363507
San Juan, PR 00936-3507

**David E. Gordon**
O'Melveny & Myers
400 S Hope Street
10th Floor
Los Angeles, CA 90071

**Kathryn C. Harr**
Trujillo Rodriguez & Richards LLC
1717 Arch Street
Suite 3838
Philadelphia, PA 19103

999760-1                                    11

**Christine A. Hill**
Jenner & Block
330 N Wabash
1 IBM Plaza
Chicago, IL 60611-7603

**Peter W. Homer**
Homer & Bonner
1441 Brickell Avenue
Four Seasons Tower Suite 1200
Miami, FL 33131

**D. Brian Hufford**
Pomerantz Haudek Block & Grossman
100 Park Avenue
26th Floor
New York, NY 10017-5516

**David I. Hurwitz**
O'Melveny & Myers
400 S Hope Street
10th Floor
Los Angeles, CA 90071

**Louise K. Y. Ing**
Alston Hunt Floyd & Ing
1001 Bishop Street
18th Floor
Honolulu, HI 96813

**James P. Jenal**
O'Melveny & Myers
400 S Hope Street
10th Floor
Los Angeles, CA 90071

**Jason H. Kim**
O'Melveny & Myers
400 S Hope Street
10th Floor
Los Angeles, CA 90071

**Archie Lamb, Jr.**
LAW OFFICES OF ARCHIE LAMB, LLC
2017 Second Avenue North, 2nd Floor
Birmingham, AL  35203

**Michael M. Maddigan**
O'Melveny & Myers
400 S Hope Street
10th Floor
Los Angeles, CA 90071

**Donna Siegel Moffa**
Trujillo Rodriguez & Richards
226 W Rittenhouse Square
The Penthouse
Philadelphia, PA 19103

**Christine Marie Nanfeldt**
Greenberg Traurig
1221 Brickell Avenue
Miami, FL 33131

**Janis L. Posner-Raynak**
Blue Cross & Blue Shield of Arizona
8220 N 23rd Avenue
Phoenix, AZ 85021

**Robert E. Postawko**
O'Melveny & Myers
400 S Hope Street
10th Floor
Los Angeles, CA 90071

**Sam Puathasnanon**
Manatt Phelps & Phillips
11355 W Olympic Boulevard
Los Angeles, CA 90064-1615

**Ira N. Richards**
Trujillo Rodriguez & Richards
226 W Rittenhouse Square
The Penthouse
Philadelphia, PA 19103

**Nicholas B. Roth**
Eyster Key Tubb Weaver & Roth
402 E Moulton Street SE
PO Box 1607
Decatur, AL 35602

CASE NO. 03-21296-CIV-MORENO/SIMONTON

**Kenneth I. Trujillo**
Trujillo Rodriguez & Richards LLC
1717 Arch Street
Suite 3838
Philadelphia, PA 19103

**Scott L. Winkleman**
Crowell and Moring
1001 Pennsylvania Avenue NW
Washington, DC 20004-2595