UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 03-21296-CIV-MORENO

RICK LOVE, M.D., *et al.*,

    Plaintiffs,

vs.

BLUE CROSS AND BLUE SHIELD ASSOCIATION, *et al.*,

    Defendants.

_____/

**ORDER DENYING LEAVE TO BELATEDLY OPT-OUT OR FILE OBJECTIONS**

THIS CAUSE came before the Court upon Scott K. Sullivan, Jr., M.D., Frank Dellacroce, M.D. and the Center for Restorative Breast Surgery's Motion to Belatedly Opt-Out or Alternatively File Objections and Claim Forms **(D.E. No. 1106)**, filed on **November 8, 2007**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this _4_ day of December, 2007.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to: Counsel of Record