UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Master File No. 00-1334-MD-MORENO**
**Tag-Along Case No. 03-21296-CIV-MORENO**

IN RE:  MANAGED CARE LITIGATION
_____

RICK LOVE, M.D., *et al.*,

    Plaintiffs,

vs.

BLUE CROSS AND BLUE SHIELD ASSOCIATION, *et al.*,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ENJOINING RESPONDENTS FROM PROSECUTING CERTAIN CLAIMS**

DEFENDANTS' Motion to Enforce the Court's Injunction Order **(D.E. No. 1284)** was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on May 22, 2008 **(D.E. No. 1419)**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 1470)** on June 3, 2008. The Court reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres' Report and Recommendation **(D.E. No. 1470)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

1. Respondents shall dismiss the claims for Quantum Meruit (Count VIII) of the North Carolina Complaint within twenty (20) days from the date of this Order. Specifically, Respondents shall strike ¶¶ 59-65 and ¶¶ 119-125 of the Complaint. Respondents risk contempt of court if Respondents do not adhere to this Order.

2. Counts I through VII of the North Carolina complaint are not Released Claims for the reasons stated in Magistrate Judge Torres' Report and Recommendation. Petitioner's Motion for Injunction is therefore DENIED with respect to those claims.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of July, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Edwin G. Torres
Counsel of Record