UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Master File No. 00-1334-MD-MORENO**
Tag-Along Case No. 03-21296-CIV-MORENO

IN RE:  MANAGED CARE LITIGATION
_____

RICK LOVE, M.D., *et al.*,

    Plaintiffs,

vs.

BLUE CROSS AND BLUE SHIELD ASSOCIATION, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ENJOINING GARY ROSENBAUM FROM PROSECUTING HIS STATE COURT ACTION

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on May 22, 2008 **(D.E. No. 1419).** The Magistrate Judge filed a Report and Recommendation **(D.E. No. 1491)** on **June 12, 2008**. The Court reviewed the entire file and record. No objections were filed. The Court has made a *de novo* review of the issues that the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation **(D.E. No. 1491)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    Defendant Blue Cross and Blue Shield of Florida's Motion for an Order Enforcing

the Injunction against Gary Rosenbaum Prohibiting Him from Prosecuting his State Court Action **(D.E. No. 1304)** is GRANTED.

(2)     Dr. Rosenbaum has twenty (20) days from the date of this Order to withdraw the Florida state court complaint. If Dr. Rosenbaum fails to voluntarily terminate the state court lawsuit within twenty (20) days, this Court shall revisit Defendant's contempt motion.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of July, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Edwin G. Torres

Counsel of Record