UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  03-21296-CIV-MORENO

RICK LOVE, M.D., *et al.*,

    Plaintiffs,

vs.

BLUE CROSS AND BLUE SHIELD ASSOCIATION, *et al.*,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

DEFENDANT Health Care Service Corporation's Motion and Supporting Memorandum for an Order Enforcing this Court's Injunction Against Robert Kolbusz, M.D. and the Center for Dermatology and Skin Cancer, Ltd. & to Show Cause Why They Should Not be Held in Contempt **(D.E. No. 1299)**, filed on **April 24, 2008** was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on **May 22, 2008 (D.E. No. 1419)**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 1600)** on **August 1, 2008**. The Court has reviewed the entire file and record.  The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation **(D.E. No. 1600)** is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that:

(1)    Plaintiffs Robert Kolbusz, M.D. and the Center for Dermatology and Skin Cancer,

Ltd. (collectively "Illinois Plaintiffs") will have twenty (20) days from the date of this Order to withdraw the claim for Breach of Contract in Count I of their Complaint. Specifically, Plaintiffs shall withdraw ¶¶ 10-21 of the Statement of Facts, and Count I for Breach of Contract in ¶¶ 35-38. If the Illinois Plaintiffs fail to voluntarily withdraw these paragraphs from their Complaint, HCSC's contempt motion shall be revisited by this Court.

(2)     Counts II through IV (tortious interference with contractual relationships, tortious interference with prospective economic advantage, and defamation) of the Complaint are not Released Claims for the reasons stated in Magistrate Judge Torres' Report and Recommendation. The Illinois Plaintiffs are not enjoined from pursuing these causes of action against HCSC.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd day of September, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Edwin G. Torres