UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  03-21296-CIV-MORENO

RICK LOVE, M.D., *et al.*,

    Plaintiffs,

vs.

BLUE CROSS AND BLUE SHIELD ASSOCIATION, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

DEFENDANT Blue Cross and Blue Shield of North Carolina's Motion and Supporting Memorandum to Enforce the Court's Injunction Order **(D.E. No. 1306)**, filed on **April 29, 2008** was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on **May 22, 2008 (D.E. No. 1419)**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 1606)** on **August 8, 2008**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation **(D.E. No. 1606)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    Jemsek Clinic, P.A. ("Jemsek Clinic") and Joseph G. Jemsek, M.D. ("Dr. Jemsek")

(collectively "Jemsek") shall have twenty (20) days from the date of this Order to withdraw Counts I-IV (breach of contract, breach of implied covenant of good faith and fair dealing, quantum meruit), Count VI (violation of the North Carolina Unfair and Deceptive Trade Practices Act), and Counts VIII-IX (fraudulent misrepresentation and negligent misrepresentation) of the Jemsek Counterclaim.  Specifically, Jemsek shall strike ¶¶ 42-68, ¶¶ 76-82, and ¶¶ 90-107 of the Counterclaim.  In addition, Jemsek shall withdraw all factual allegations related to these particular causes of action.  If Jemsek fails to voluntarily withdraw these paragraphs from the Counterclaim, BCBSNC's contempt motion shall be revisited by this Court.

(2)     Counts V (defamation) and VII (tortious interference with business relationship) of the Counterclaim are not Released Claims for the reasons stated in Magistrate Judge Torres' Report and Recommendation.  Jemsek is not enjoined from pursuing these causes of action against BCBSNC.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd day of September, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Edwin G. Torres