UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Master File No. 00-1334-MD-MORENO**
**Tag-Along Case No. 03-21296-CIV-MORENO**

IN RE:  MANAGED CARE LITIGATION
_____

RICK LOVE, M.D., *et al.*,

    Plaintiffs,

vs.

BLUE CROSS AND BLUE SHIELD ASSOCIATION, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ENFORCING JUDGMENT

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on September 15, 2009 **(D.E. No. 1665).** The Magistrate Judge filed a Report and Recommendation **(D.E. No. 1736)** on <u>**January 16, 2009**</u>.  The Court reviewed the entire file and record.  The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation **(D.E. No. 1736)** on <u>**January 16, 2009**</u> is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that Plaintiffs Homayon Tavakoli, M.D., Mihei Medical Services, Inc., and

Urgent Care Maui, Inc. have until **March 10, 2009** to withdraw the Hawaii Complaint.  If Plaintiffs fail to voluntarily withdraw the Hawaii action, HMSA's contempt motion shall be revisited by this Court.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of February, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Edwin G. Torres
Counsel of Record