UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:
03-21296-CIV-MORENO

RICK LOVE, M.D., *et al.*,

    Plaintiffs,

vs.

BLUE CROSS AND BLUE SHIELD ASSOCIATION, *et al.*,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND GRANTING MOTION TO ENFORCE INJUNCTION

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Empire HealthChoice Assurance, Inc.'s Motion to Enforce Injunction Against Dr. Artandi **(D.E. No. 1941)**, filed on **March 9, 2010**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 1973)** on **May 24, 2010**. The Court has reviewed the entire file and record. The Court notes that no objections to the Magistrate Judge's Report and Recommendation were filed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation **(D.E. No. 1973)** on **May 24, 2010** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    Defendant Empire HealthChoice Assurance, Inc.'s Motion to Enforce Injunction Against Dr. Artandi (D.E. No. 1941) is **GRANTED**.

(2) Plaintiff shall have twenty (20) days from the date of this Order to withdraw the Counts II-IV and VI-X from the First Amended Answer and Counterclaim. If Plaintiff fails to voluntarily withdraw these claims, Empire's contempt motion shall be revisited by this Court.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of September, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Edwin G. Torres