UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Master File No. 00-1334-MD-MORENO
Case Number: 03-21296-CIV-MORENO

IN RE: MANAGED CARE LITIGATION

RICK LOVE, M.D., *et al.*,

    Plaintiffs,

vs.

BLUE CROSS AND BLUE SHIELD ASSOCIATION, *et al.*,

    Defendants.

_____/

## ORDER TERMINATING AND CLOSING CASE

THIS MATTER came before the Court upon a *sua sponte* review of the nearly ten-year-old record. The parties in this case settled years ago. The only pleadings filed have been post-judgment motions to enforce the settlement agreement and to enjoin other lawsuits. Therefore, it is

**ADJUDGED** that this case is CLOSED and TERMINATED.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of March, 2013.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of record